UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIT SAN JOSE TOWN & COUNTRY VILLAGE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMAD NADIEM MOHMAND, et al.,<br><br>    Defendants. | Case No.  23-cv-02486-JD<br><br>**ORDER RE REPORT AND RECOMMENDATION** |

This is an unlawful detainer action filed by plaintiff Frit San Jose Town & Country Village, LLC, in the Superior Court of Santa Clara County. Dkt. No. 1-1. Defendants, who are acting pro se, removed the case from state court. Dkt. No. 1. The magistrate judge filed a report and recommendation to remand the case to state court because the notice of removal does not establish federal subject matter jurisdiction. Dkt. No. 3. Defendants did not object to the report, and the time to file objections has closed. Fed. R. Civ. P. 72(b).

The Court finds that the removal notice does not demonstrate federal jurisdiction. The report is adopted and the case is remanded to the Superior Court of Santa Clara County.

**IT IS SO ORDERED.**

Dated: July 18, 2023

JAMES DONATO
United States District Judge